**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 15-22945 |
| PERCY V. COLEMAN | **)** | |
| | **)** | Hon. Janet S. Baer |
| Debtors. | **)** | |
| | **)** | **Date:** |
| | **)** | **Time:** |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on August 9, 2016, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation** [Docket 35] to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated: August 9, 2016                    Respectfully submitted,

By:   /s/ N. Neville Reid
Fox, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

# SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov


**Parties to receive notice by postage prepaid first-class U.S. Mail:**

Ernest B. Fenton
Law Office of Ernest B. Fenton, P.C.
935 W. 175th Street 1st Floor
Homewood, IL 60430

Percy V. Coleman
12842 S. Morgan
Chicago, IL 60643

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Apex Capital Reserve, LP, As Successor in Interest
C/O Griffin & Gallagher, LLC
10001 S. Roberts Road
Palos Hills, IL 60465

Clerk of the Bankruptcy Court
US Bankruptcy Court, Eastern Division
219 S. Dearborn
Chicago, IL 60604

Ed Fox
300 West Adams
Suite 330
Chicago, IL  60606