UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>PERCY V. COLEMAN<br><br>Debtor(s) | BK No.:   15-22945<br><br>Chapter: 7<br>Honorable Janet S. Baer |

### ORDER GRANTING FINAL APPLICATION OF FOX, SWIBEL, LEVIN & CARROLL, LLP, FOR AN ORDER (I) ALLOWING AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2015 THROUGH JULY 31, 2016; (II) AUTHORIZING PAYMENT OF UNPAID FEES AND EXPENSES; AND (III) LIMITING NOTICE

This matter coming before the Court on the Amended Application (the "Application") of Fox, Swibel, Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel to N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Percy V.Coleman (the "Debtor"), for entry of an order pursuant to 11 U.S.C. §§ 328, 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois, and the United States Trustee Fee Guidelines – Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), granting the Final Application of FSLC for an order (i) allowing an administrative claim for compensation in the amount of $15,352.60 consisting of fees in the amount of $15,349.00 and expenses in the amount of $3.60 incurred during the period November 1, 2015 through July 31, 2016 (the "Application Period"); (ii) authorizing the Trustee to pay (a) at this time allowed fees in the amount of $15,352.60, and (b) reimburse FSLC for unpaid expenses in the amount of $3.60 incurred during the Application Period and (iii) limiting creditor notice of the Application to those creditors who filed a proof of claim herein; the Court finds that (1) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (3) the relief requested in the Application is in the best interests of the Debtor's Estate, its creditors and other parties-in-interest; (4) due and sufficient notice of the Application was given; and (5) upon the record herein and after due deliberation and cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Application is granted, as set forth herein, and the notice given thereof is hereby approved.

2. FSLC is hereby allowed an administrative claim for compensation in the amount of $15,352.60 consisting of fees in the amount of $15,349.00 and expenses in the amount of $3.60 incurred during the Application Period.

3. The Trustee is hereby authorized to immediately pay FSLC fees in the amount of $15,349.00 and expenses in the amount of $3.60 incurred during the Application Period.

4. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. This Order will become effective immediate upon its entry.

Dated: 8/30/16

Enter:

*Janet S. Baer*

United States Bankruptcy Judge

**Prepared by:**

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

Rev: 20151029_bko