**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PERCY V. COLEMAN | § | Case No. 15-22945 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 172,074.27 *(Without deducting any secured claims)* | Assets Exempt: 33,350.00 |
| Total Distributions to Claimants: 493,984.02 | Claims Discharged Without Payment: 284,644.07 |
| Total Expenses of Administration: 46,045.02 | |

    3) Total gross receipts of $ 713,772.99  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 173,743.95  (see **Exhibit 2**), yielded net receipts of $ 540,029.04  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 248,364.07 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 46,045.02 | 46,045.02 | 46,045.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 391,772.00 | 493,984.02 | 493,984.02 | 493,984.02 |
| **TOTAL DISBURSEMENTS** | $ 640,136.07 | $ 540,029.04 | $ 540,029.04 | $ 540,029.04 |

4) This case was originally filed under chapter 7 on 07/02/2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2016           By: /s/N. Neville Reid, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Settlement of Percy Coleman | 1249-000 | 713,772.99 |
| **TOTAL GROSS RECEIPTS** | | **$ 713,772.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PERCY V. COLEMAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 173,743.95 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 173,743.95** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankfinancial, Fsb 48 Orland Square Dr Orland Park, IL 60462 | | 59,481.00 | NA | NA | 0.00 |
| | Cook County Treasurer P.O. Box 805436 Chicago, IL 60680-4116 | | 95,230.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yahia Khudiera & Mohammed Tarawneh 9113 S. Beloit Bridgeview, IL 60455 | | 93,652.87 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 248,364.07 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 30,329.75 | 30,329.75 | 30,329.75 |
| N. NEVILLE REID | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 102.67 | 102.67 | 102.67 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 15,349.00 | 15,349.00 | 15,349.00 |
| FOX, SWIBEL, LEVIN & CARROLL LLP | 3120-000 | NA | 3.60 | 3.60 | 3.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 46,045.02 | $ 46,045.02 | $ 46,045.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | American General Finan Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Sams Club Gecrb/Sams Club Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 7,937.00 | NA | NA | 0.00 |
| | Hyundai Finc Attn: Bankruptcy Pob 20809 Fountain Valley, CA 92708 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 6,906.00 | NA | NA | 0.00 |
| | Navy Federal Cr Union Po Box 3700 Merrifield, VA 22119 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 1,437.00 | NA | NA | 0.00 |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | The Shiller/Preyer Law Offices 1100 W. Cermack Rd., b401 Chicago, IL 60608 | | 20,000.00 | NA | NA | 0.00 |
| | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | 7100-000 | NA | 37,045.93 | 37,045.93 | 37,045.93 |
| 2 | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | 7100-000 | 318,679.00 | 411,621.55 | 411,621.55 | 411,621.55 |
| | NAVY FEDERAL CREDIT UNION | 7100-000 | NA | 6,912.69 | 6,912.69 | 6,912.69 |
| 1 | NAVY FEDERAL CREDIT UNION | 7100-000 | 36,813.00 | 38,403.85 | 38,403.85 | 38,403.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 391,772.00 | $ 493,984.02 | $ 493,984.02 | $ 493,984.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-22945 | JSB | Judge: | Janet S. Baer | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | PERCY V. COLEMAN | | | | Date Filed (f) or Converted (c): | 07/02/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/13/2015 |
| For Period Ending: | 10/20/2016 | | | | Claims Bar Date: | 04/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12840 S. MORGAN CHICAGO, IL 60643 MARKET VALUE FROM ZILLOW.C | 72,734.00 | 0.00 | | 0.00 | FA |
| 2. 13350 S. HALSTED RIVERDALE, IL 60872 VALUE BASED ON COOK COU | 106,871.00 | 0.00 | | 0.00 | FA |
| 3. BANK FINANCIAL CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. BANK FINANCIAL SAVINGS ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 5. MISC. HOUSEHOLD ITEMS 12842 S. MORGAN, CHICAGO IL 60628 | 500.00 | 0.00 | | 0.00 | FA |
| 6. NECESSARY CLOTHING 12842 S. MORGAN, CHICAGO IL 60628 | 800.00 | 0.00 | | 0.00 | FA |
| 7. 2000 357 RUGER REVOLVER HAND GUN 12842 S. MORGAN, CHICAGO IL | 250.00 | 0.00 | | 0.00 | FA |
| 8. 2010 GLOCK G43 PISTOL 12842 S. MORGAN, CHICAGO IL 60628 | 300.00 | 0.00 | | 0.00 | FA |
| 9. IRA ACCOUNT, ALLSTATE LIFE INS CO. | 22,969.27 | 0.00 | | 0.00 | FA |
| 10. Settlement of Percy Coleman (u) | 0.00 | 0.00 | | 713,772.99 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $205,424.27 $0.00 $713,772.99 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/30/2016 Current Projected Date of Final Report (TFR): 07/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-22945 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: PERCY V. COLEMAN | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0828 |
| | Checking |
| Taxpayer ID No: XX-XXX3955 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/16 | 10 | Ed Fox & Associates<br>IOLTA Trust Account<br>300 W. Adams St., Ste. 330<br>Chicago, IL 60606-5107 | Settlement of Percy Coleman | 1249-000 | $713,772.99 | | $713,772.99 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.67 | $713,670.32 |
| 08/30/16 | 101 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Trustee compensation per court order and approval (Dkt. 40) | 2100-000 | | $30,329.75 | $683,340.57 |
| 08/30/16 | 102 | Clerk of the Bankruptcy Court<br>US Bankruptcy Court, Eastern Division<br>219 S. Dearborn<br>Chicago, IL 60604 | Filing Fee re: Motion to Reopen Case | 2700-000 | | $260.00 | $683,080.57 |
| 08/30/16 | 103 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Payment of FSLC attorney fees per court order and approval (Dkt. 38) | 3110-000 | | $15,349.00 | $667,731.57 |
| 08/30/16 | 104 | FOX, SWIBEL, LEVIN & CARROLL LLP<br>200 West Madison, Suite 3000<br>Chicago, IL 60606 | Payment of FSLC expenses per court order and approval (Dkt. 38) | 3120-000 | | $3.60 | $667,727.97 |
| 08/30/16 | 105 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119-3000 | Distribution | | | $45,460.20 | $622,267.77 |
| | | | ($143.66) | 7990-000 | | | |
| | | NAVY FEDERAL CREDIT UNION | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($38,403.85) | 7100-000 | | | |
| | | NAVY FEDERAL CREDIT UNION | Interest only - 18% ($6,912.69) | 7100-000 | | | |
| 08/30/16 | 106 | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST<br>C/O GRIFFIN & GALLAGHER, LLC<br>10001 S. ROBERTS ROAD<br>PALOS HILLS, IL 60465 | Distribution | | | $450,089.82 | $172,177.95 |

Page Subtotals: $713,772.99   $541,595.04

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-22945 | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- |
| Case Name: | PERCY V. COLEMAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0828 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3955 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | ($1,422.34) 7990-000 | | | |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($411,621.55) 7100-000 | | | |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Interest Only - 9% | ($37,045.93) 7100-000 | | | |
| 08/30/16 | 107 | PERCY V. COLEMAN 12842 S. MORGAN CHICAGO, IL  60643 | Distribution of surplus funds to debtor. | 8200-000 | | $172,177.95 | $0.00 |
| 09/01/16 | 107 | PERCY V. COLEMAN 12842 S. MORGAN CHICAGO, IL  60643 | Distribution of surplus funds to debtor. Reversal Incorrect interest calculation. | 8200-000 | | ($172,177.95) | $172,177.95 |
| 09/01/16 | 106 | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST C/O GRIFFIN & GALLAGHER, LLC 10001 S. ROBERTS ROAD PALOS HILLS, IL 60465 | Distribution Reversal Incorrect interest calculation. | | | ($450,089.82) | $622,267.77 |
| | | | | $1,422.34 7990-000 | | | |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Final distribution to claim 2 representing a payment of 100.00 % per court order. | $411,621.55 7100-000 | | | |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Interest Only - 9% | $37,045.93 7100-000 | | | |
| 09/01/16 | 105 | NAVY FEDERAL CREDIT UNION PO BOX 3000 MERRIFIELD, VA 22119-3000 | Distribution Reversal Incorrect interest calculation. | | | ($45,460.20) | $667,727.97 |
| | | | | $143.66 7990-000 | | | |
| | | NAVY FEDERAL CREDIT UNION | Final distribution to claim 1 representing a payment of 100.00 % per court order. | $38,403.85 7100-000 | | | |
| | | NAVY FEDERAL CREDIT UNION | Interest only - 18% | $6,912.69 7100-000 | | | |
| 09/01/16 | 108 | NAVY FEDERAL CREDIT UNION PO BOX 3000 MERRIFIELD, VA 22119-3000 | Distribution | | | $45,316.54 | $622,411.43 |

Page Subtotals: $0.00 ($450,233.48)

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-22945 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | PERCY V. COLEMAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0828 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3955 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | NAVY FEDERAL CREDIT UNION | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($38,403.85) 7100-000 | | | |
| | | NAVY FEDERAL CREDIT UNION | Interest only - 18% | ($6,912.69) 7100-000 | | | |
| 09/01/16 | 109 | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST C/O GRIFFIN & GALLAGHER, LLC 10001 S. ROBERTS ROAD PALOS HILLS, IL 60465 | Distribution | | | $448,667.48 | $173,743.95 |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($411,621.55) 7100-000 | | | |
| | | APEX CAPITAL RESERVE, LP, AS SUCCESSOR IN INTEREST | Interest Only - 9% | ($37,045.93) 7100-000 | | | |
| 09/01/16 | 110 | PERCY V. COLEMAN 12842 S. MORGAN CHICAGO, IL 60643 | Distribution of surplus funds to debtor. | 8200-002 | | $173,743.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $713,772.99 | $713,772.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $713,772.99 | $713,772.99 |
| Less: Payments to Debtors | $0.00 | $173,743.95 |
| Net | $713,772.99 | $540,029.04 |

Page Subtotals: $0.00 $622,411.43

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0828 - Checking | $713,772.99 | $540,029.04 | $0.00 |
| | $713,772.99 | $540,029.04 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $713,772.99 |
| Total Gross Receipts: | $713,772.99 |

Page Subtotals:          $0.00          $0.00